UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 2:18-CR-00355-01** |
| **VERSUS** | **UNASSIGNED DISTRICT JUDGE** |
| **ERIC J RICHARD (01)** | **MAGISTRATE JUDGE KAY** |

## NOTICE OF MANUAL ATTACHMENT

| | |
|---|---|
| **ATTACHMENTS TO:** | Exhibit List of Evidentiary Hearing on (# 20) Motion to Suppress |
| **DESCRIPTION:** | Government 1 - DVD of Dash Camera |
| **FILED BY:** | AUSA |
| **FILE DATE:** | April 11, 2019 |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*NOTICE\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

The attached document is an *original* manual attachment provided by counsel. Please return to the Clerk's Office!

This attachment could not be converted to electronic form. The original will be maintained in the division of the presiding judge, until expiration of appeal delays.

Attachment sent to the LAKE CHARLES DIVISION.

**Prepared by: Tina Benoit**