| Case Number: | 17-10741 | Offense: | Narcotics Violation |
|---|---|---|---|
| Case Date: | October 25, 2017 | Offense Date: | October 25, 2017 |
| Investigation Officer: | Trooper Jonathan Leger | Offense Time: | 8:51 PM |





18 - CR - 355
(CASE NO.)
U.S. DISTRICT COURT
WESTERN DISTRICT OF LA.
FILED IN EVIDENCE
6/11/19
(DATE)
TONY R. MOORE, CLERK
BY _____ DEPUTY



GOVERNMENT
EXHIBIT
2