| | | | |
|---|---|---|---|
| Case Number: | 17-10741 | Offense: | Narcotics Violation |
| Case Date: | October 25, 2017 | Offense Date: | October 25, 2017 |
| Investigation Officer: | Trooper Jonathan Leger | Offense Time: | 8:51 PM |

