UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 2:18-CR-00355-01 |
| VERSUS | JUDGE JAMES D. CAIN, JR. |
| ERIC J RICHARD (01) | MAGISTRATE JUDGE KAY |

## ORDER

For the reasons stated in the Report and Recommendation [doc. 30] of the Magistrate Judge previously filed herein and after an independent review of the record, a *de novo* determination of the issues, and consideration of the objections filed herein, and upon a conclusion that the findings are correct under applicable law;

**IT IS ORDERED** that the Motion to Suppress [doc. 20] filed by defendant Eric J. Richard be **DENIED**.

**THUS DONE** in Chambers on this __23__ day of __August__, 2019.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE