# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.  2:18-CR-00355-01** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **ERIC J RICHARD (01)** | **MAGISTRATE JUDGE KAY** |

## MINUTES OF STATUS CONFERENCE

A Status Conference was held in this matter in chambers on September 3, 2019.[1]
Participating in the conference, along with the undersigned, were Myers Namie (standing
in for Robert Chase Abendroth), counsel for the government, and Todd S. Clemons,
counsel for defendant Eric J. Richard. The participants discussed the status of the case and
the trial currently set for November 4, 2019.

**THUS DONE** in Chambers on this ____3____ day of _____, 2019.


_____
JAMES D. CAIN, JR.
**UNITED STATES DISTRICT JUDGE**

---

[1] Statistical Time: 15 minutes.